# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:23-CR-301 |
| | : | |
| PAUL HELRING, | : | (JUDGE MARIANI) |
| | : | |
| Defendant | : | |
| | : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for Defendant Paul Helring in the above-referenced matter.

/s/ Jason J. Mattioli
Jason J. Mattioli (PA ID 88766)

Attorney for Defendant, Paul Helring

The Mattioli Law Firm
425 Biden Street, Suite 300
Scranton, PA 18503
(570) 880-7389

Date: January 12, 2024

## **CERTIFICATE OF SERVICE**

I, Jason J. Mattioli, hereby certify that I have served a true and correct copy of the foregoing Entry of Appearance upon the following parties via the Court's ECF system on this 12th day of January 2024:

>Jeffery F. St. John, Esquire
>U.S. Attorney's Office
>Suite 311
>235 North Washington Avenue
>Scranton, PA 18503

>/s/ Jason J. Mattioli
>Jason J. Mattioli