THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:23-CR-301 |
| | : (JUDGE MARIANI) |
| PAUL HELRING, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 19TH DAY OF JANUARY, 2024**, for the reasons set forth in this Court's accompanying memorandum opinion, Defendant Paul Helring's "Motion to Strike Related Case Designation and for Application of the Middle District's Random Case Assignment Procedure" (Doc. 6) is **DENIED**.

_____
Robert D. Mariani
United States District Judge