# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:23-CR-301 |
| | : | |
| PAUL HELRING, | : | JUDGE MARIANI |
| | : | |
| Defendant. | : | ELECTRONICALLY FILED |

## NOTICE OF FILING OF CHARACTER LETTERS
## ON BEHALF OF PAUL HELRING

Defendant Paul Helring, by and through his undersigned counsel, hereby respectfully submits the attached character letters for the Court's consideration in connection with his hearing on June 4, 2024.

    Respectfully submitted,

    /s/ John B. Dempsey
    John B. Dempsey
    Patrick A. Casey, Esq.
    Myers, Brier & Kelly, LLP
    425 Biden Street, Suite 200
    Scranton, PA 18503

    Jason J. Mattioli, Esq.
    The Mattioli Law Firm
    425 Biden Street, Suite 300
    Scranton, PA 18503

Dated: May 28, 2024      *Attorneys for Paul Helring*

## **CERTIFICATE OF SERVICE**

I, hereby certify that a true and correct copy of the foregoing Notice of Filing of Character Letters on behalf of Paul Helring was served upon counsel of record via the Court's ECF system on this 28th day of May 2024.

/s/ John B. Dempsey
John B. Dempsey