1) Ancherani, Officer Nelson (Defense 01)
2) Beck, Wayne and Kathy (Defense 02)
3) Brudnicki, Mandy (Defense 03)
4) Burda, Madelyn (Defense 04)
5) Caramanno, Robert (Defense 05)
6) Connor, Patrick (Defense 07)
7) Cosentini, Anthony (Defense 08)
8) Cusick, Joseph (Defense 09)
9) DeRobertis, Louis (Defense 10)
10) Dooley Adcroft, T. (Defense 11)
11) Dougher, EJ (Defense 12)
12) Duffy, Paul (Defense 13)
13) Egan, Tom and Angela (Defense 14)
14) Fahey, Brian (Defense 15)
15) Fawzon, Virginia (Defense 16)
16) Fisch, Bob (Defense 17)
17) Flynn, Joseph (Defense 18)
18) Flynn, Senator Marty (Defense 19)
19) Fox, Stephen (Defense 20)
20) Gavin, Bill (Defense 21)
21) George, Joseph (Defense 22)
22) Giacovelli, Carol (Defense 23)
23) Greco, Mary Kay (Defense 24)
24) Hayes, William (Defense 26)
25) Helring, George and Carole (Defense 27)
26) Helring, Kathryn (Defense 28)
27) Holroyd, Stephen (Defense 30)
28) Kennedy, Lisa (Defense 32)
29) Kolcharno, Corey (Defense 33)
30) Kolcharno Pozniak, Kelly, Paul, Michael and Ann Marie (Defense 35)
31) Mackie, Jeff  (Defense 37)
32) Mailen, Craig (Defense 38)
33) Mansour, Regina (Defense 39)
34) Matticks, Nancy (Defense 40)
35) McAndrew, Paul and Carol (Defense 41)
36) McCormack, Sean (Defense 43)
37) McIlwee, Monica and Roy (Defense 44)
38) O'Hara Jr., Mike (Defense 45)
39) O'Hara Sr., Mike (Defense 46)
40) O'Hora, Beverly (Defense 47)
41) Petrulak, Joyce and Andrew (Defense 48)
42) Plano, Marie (Defense 49)
43) Ravaioli, Charlotte (Defense 50)
44) Ravaioli-Varona, Maggie (Defense 51)
45) Regan, Joseph (Defense 52)
46) Roche, Frank (Defense 53)

47) Salerno, Nora (Defense 54)
48) Salerno-McCormack, Connie (Defense 55)
49) Schuler, Karl (Defense 57)
50) Sebastianelli-Lesh, Jennifer (Defense 58)
51) Talarico, Ron and Ann (Defense 59)
52) Talipan, Deborah (Defense 60)
53) Teracino, James (Defense 61)
54) Teracino, Suzanne (Defense 62)
55) Thomas, Glenn (Defense 63)
56) Trently, Jerry (Defense 64)
57) Verona, Margaret (Defense 65)
58) Wallace, Bryan (Defense 66)
59) Warhola, Jean (Defense 67)
60) Wayne, Lawrence (Defense 68)
61) Wilitz, Dan (Defense 69)
62) Williams, Linda and Charles (Defense 70)
63) Zayac, Jessica (Defense 71)
64) Zayac, Stephen (Defense 72)