# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | NO. 3:23-CR-301 |
| | : | |
| **PAUL HELRING,** | : | (JUDGE MARIANI) |
| | : | |
| Defendant | : | |
| | : | ELECTRONICALLY FILED |

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court is authorized to receive payment of restitution in the amount of $17,831.40 on or before Friday, May 31, 2024.

_____
Robert D. Mariani
United States District Judge